IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60190
_____

C.B. BROOKS, ET AL,

                        Plaintiffs,

C.B. BROOKS,

                        Plaintiff-Appellant,

v.

RUSSELL R. KELLEY, ET AL,

                        Defendants,

RUSSELL R. KELLEY; J.W. PRINCE, also known
as J.W. Prince; A.B. WALLACE; E.E. VINCENT;
C.E. JONES; J.A. BASS; GEORGE J. KOURPIAS;
DONALD E. WHARTON; EDGAR M. HOUSE; R.
BUFFENBARGER; ALEX N. BAY; WILLIAM ENGLER;
LEE CARVER; RHONDA MCKINLEY; DARREL KELLEY;
ASBESTOS SERVICES, INC., A Mississippi
Corporation; PULMONARY SERVICES, INC.,
A Mississippi Corporation; MISSISSIPPI
GULF COAST DISTRICT LODGE 73, A Labor
Organization; INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE WORKERS, A
Labor Organization; CENTURY MEDICAL GROUP,
INC., A Mississippi Corporation; DENNIS
THOMAS; OZZIE MCCORY; GERALD DICKERSON;
ED LOWE; GLENN PITTS; KATHY GOFF; A.S.
KELLEY; ROBERT PRITCHARD; TOM FAVRE;
SAM JOPES',

                        Defendants-Appellees,

JERRY PITTS,

                        Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:97-CV-78-GR)
_____

October 1, 1999

Before KING, Chief Judge, and GARWOOD and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for essentially the reasons set out in the district court's Memorandum Opinion entered February 26, 1998.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.